**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BENSON DERILIEN,<br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ, et al.,<br>Defendants. | No. 3:16-cv-418 (SRU) |

**ORDER**

In the interests of justice, the above-captioned case is hereby transferred to the Honorable Robert N. Chatigny. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford, Connecticut and bear the docket number 3:16-cv-418 (RNC).

So ordered.

Dated at Bridgeport, Connecticut, this 17th day of March 2016.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge